THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* EARL W. HARMS, Defendant-Appellant.

(No. 11667;

Fourth District—December 13, 1972.

Opinion by Mr. JUSTICE SMITH.

Hugh A. Henry, Jr., of Bloomington, for appellant.

Paul R. Welch, State's Attorney, of Bloomington, for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* MYRA TARPLEY, Defendant-Appellant.

(No. 11720;

Fourth District—December 27, 1972.